An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN RODRIGUEZ,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND CYNTHIA S. LEUNG,
MUNICIPAL COURT JUDGE,
Respondents,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 64856

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

In this original petition for a writ of mandamus or habeas corpus, petitioner Justin Rodriguez challenges an order of the district court affirming the municipal court's denial of his request for a jury trial on a pending charge. Rodriguez claims that the district court erred in denying his motion because he is entitled to a jury trial on the offense of misdemeanor battery constituting domestic violence. We disagree. *See Amezcua v. Eighth Judicial Dist. Court*, 130 Nev. ___, ___ P.3d ___ (Adv. Op. No. 7, February 13, 2014) ("first-offense domestic battery is a 'petty' offense to which the right to a jury trial does not attach"). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

14-11549

cc: Hon. Rob Bare, District Judge
Hon. Cynthia S. Leung, Municipal Court Judge
The Pariente Law Firm, P.C.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk